# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**365**
**CAF 13-00686**
PRESENT: CENTRA, J.P., FAHEY, LINDLEY, SCONIERS, AND WHALEN, JJ.

---

IN THE MATTER OF ZACKERY B.,
RESPONDENT-APPELLANT.                                    ORDER
-----------------------------------
CRYSTAL H., PETITIONER-RESPONDENT.

---

PAMELA THIBODEAU, WILLIAMSVILLE, FOR RESPONDENT-APPELLANT.

CLAUDE A. JOERG, COUNTY ATTORNEY, LOCKPORT (JOHN S. SANSONE OF COUNSEL), FOR PETITIONER-RESPONDENT.

---

Appeal from an order of the Family Court, Niagara County (John F. Batt, J.), entered March 27, 2013 in a proceeding pursuant to Family Court Act article 7. The order, inter alia, adjudged that respondent is a person in need of supervision.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on March 5, 2014,

It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.

Entered:  March 28, 2014                    Frances E. Cafarell
                                            Clerk of the Court